UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DE LOS ANGELES BRAVO GARCIA, et al.,

            Plaintiffs,

v.

GREEN LAUNDROMAT, INC., et al.,

            Defendant.

**ORDER**

18 Civ. 6855 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Having reviewed all submissions in support of the Settlement Agreement and Release between Plaintiff and Defendants (the "Settlement Agreement") – including the Complaint and Answer, the letter in support of settlement, the Settlement Agreement and Release, the damages chart, and plaintiff's attorneys' time records – this Court finds as follows:

(1) This Court has reviewed the Settlement Agreement (Dkt. No. 26), and finds that it constitutes a fair, just, and reasonable resolution of Plaintiff's disputed claims. The terms of the Settlement Agreement are incorporated in this Order by reference as if fully set forth herein.

(2) The proceeds of the Settlement Agreement will be paid out as follows:

    (a) Upon the Settlement Agreement's Effective Date, Defendant will pay Plaintiff's attorneys in six installments in accordance with the Settlement Agreement.

    (b) Plaintiff will receive two-thirds of the total Settlement Amount, and Plaintiff's attorneys will receive one-third of the total Settlement Amount.

    (c) Plaintiff has fully and finally released her claims as set forth in the Settlement Agreement.

Based upon these findings, it is hereby ORDERED, ADJUDGED, AND DECREED that, pursuant to 29 U.S.C. §§ 201 et seq., the Settlement Agreement is APPROVED, that judgment in accordance with this Order shall be entered, and that this action is dismissed with prejudice.

For the reasons stated above, the parties' joint motion for approval of their settlement agreement is GRANTED. The Clerk of the Court is directed to close the case.

Dated: New York, New York
       May 2, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge